CONSOLIDATED EDISON·COMPANY OF NEW YORK, INC., Respondent, v. ATLANTIC LEASING CO., INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See *post,* p. 1038.]

BETTY KLEIN, Respondent, v. HERMAN KLEIN, Appellant.— Order unanimously modified by reducing the amount of alimony to be paid to plaintiff as and for the support of the plaintiff and as and for the support and maintenance of the two infant children of the marriage of the parties hereto to the sum of $300 a month, payable in installments of $150 each on the 1st and 15th days of each month, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NEW AMSTERDAM CASUALTY COMPANY v. A. & P. UTILITIES, INC., et al., and CARL GINGOLA, as Administrator of the Estate of ROCCO RITORTO, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 855.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BETTY M. TRACY v. VINCENT J. TRACY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. [See *ante,* p. 891.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Trustee under Declaration of Trust Dated July 1, 1937, v. CHEMICAL BANK & TRUST COMPANY et al., as Executors of JESSE SHARP, Deceased, et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 858.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MICHAEL HUZINEK v. EAST SIDE OMNIBUS CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 893.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JULIA KARSON v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 854.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of ALBERT H. HENDERSON against FIORELLO H. LA GUARDIA et al., Constituting the Board of Estimate of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 892.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH B. WOLF v. WILHELMINA BARASCH, as Administratrix of the Estate of MORRIS BARASCH, Deceased.— Motion for reargument denied, with ten dollars costs. [See *ante,* p. 855.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HARRY L. BAKER et al. v. SAMUEL COHN et al. and TUBULAR TEXTILE MACHINERY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. [See *ante,* p. 892.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THOMPSON-WINCHESTER CO., INC., v. JAMES MAGEE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. [See *ante,* p. 895.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.